AARON RIPS, PROSECUTOR, v. ABRAHAM LEVITAN ET AL., RESPONDENTS.

Decided March 11, 1926.

**Costs—In This Case They Should Abide Result of New Trial.**

On motion by the respondents to modify the judgment of this court in the above matter, and also motion by the prosecutor to have costs taxed in his favor.

Before Justices TRENCHARD, KATZENBACH and LLOYD.

For the prosecutor, *G. Earl Brugler.*

For the respondents, *Abraham Levitan.*

PER CURIAM.

We see no reason to modify our judgment.
We think the costs should abide the event of the new trial.
Both motions are accordingly denied.
No costs on these motions.